## IN THE UNITED STATES BANKRUPTCY COURT FOR MIDDLE DISTRICT OF ALABAMA

| IN RE: | * | |
| --- | --- | --- |
| | * | |
| ERNEST CUNNINGHAM, | * | CHAPTER 13 |
| | * | CASE NUMBER, 16-31995 |
| DEBTOR. | * | |

### OBJECTION TO CONFIRMATION

Comes now Springleaf Financial Services, by and through it's Attorney, and objects to Confirmation of the debtor's proposed Chapter 13 plan and as grounds therefore states as follows:

1. The debtor has valued Springleaf Financial Services' collateral in such a manner as to violate Section 506(a).

2. Springleaf Financial Services requests that the replacement value be set at $7,525.00.

**WHEREFORE, PREMISES CONSIDERED**, Springleaf Financial Services respectfully requests that Confirmation of the above referenced debtor's Chapter 13 plan be denied.

/s/ Michael A. Harrison
Michael A. Harrison
Attorney at Law

### CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing instrument was served on the following electronically CM/ECF this 30th day of September, 2016.

/s/ Michael A. Harrison
Michael A. Harrison

Richard D. Shinbaum
Shinbaum & Campbell
rshinbaum@smclegal.com

Sabrina L. McKinney
trustees_office@ch13mdal.com



```
VAL2                        N.A.D.A. VEHICLE VALUATION

 VIN: 1GNEC13Z34J204036         PERIOD: 09/2016    STATE: AL

2004 CHEVROLET TRUCK
TAHOE
TAHOE-V8
UTILITY 4D LS 2WD

MODEL NO: C13
MILE CLASS: 4   FUEL:
DUTY FLAG: L   4WD:                 WEIGHT:   4828    M.S.R.P.:  34200
GVW:    0    GCW:     0
                                          CLN RETL   CLN TRDE    LOAN
                       BASE VEHICLE VALUES    8600      6050     5450
  MILEAGE: 212500      MILEAGE ADJUSTMENT    -1075     -1075    -1075
                       TOTAL ACCESSORY ADJ       0         0        0
     ENTER YOUR ADJUSTMENTS:


                       ADJUSTED VEHICLE VALUE  7525      4975     4375

ENTER=ADD ADJUSTMENTS    PF3=EXIT      PF4=PREV MENU    PF9=NEW MOTORCYCLE
PF10=OTHER VALUES        PF11=ACCESSORY DETAIL    PF12=NEW VEHICLE
```